163 So. 909

## Lenney SELF v. STATE.

### 8 Div. 266.

Court of Appeals of Alabama.
Nov. 5, 1935.

RICE, Judge.
Affirmed.

159 So. 895

## W. A. SELLERS v. Anna GROSS.

### 5 Div. 960.

Court of Appeals of Alabama.
Dec. 18, 1934.

Reynolds & Reynolds, of Clanton, for appellant.

Lawrence F. Gerald, of Clanton, for appellee.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

159 So. 894

## W. A. SELLERS v. Alice LEE.

### 5 Div. 959.

Court of Appeals of Alabama.
Dec. 18, 1934.

Reynolds & Reynolds, of Clanton, for appellant.

Lawrence F. Gerald, of Clanton, for appellee.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

159 So. 895

## W. A. SELLERS v. C. E. LEE.

### 5 Div. 961.

Court of Appeals of Alabama.
Dec. 18, 1934.

Reynolds & Reynolds, of Clanton, for appellant.

Lawrence F. Gerald, of Clanton, for appellee.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

157 So. 922

## Irby SEXTON v. STATE.

### 4 Div. 76.

Court of Appeals of Alabama.
Nov. 13, 1934.

BRICKEN, Presiding Judge.
Appeal dismissed.

159 So. 921

## Trenton SHARP v. STATE.

### 8 Div. 26.

Court of Appeals of Alabama.
Feb. 12, 1935.

SAMFORD, Judge.
Affirmed.

156 So. 912

## Robert SHARPE v. STATE.

### 4 Div. 102.

Court of Appeals of Alabama.
Oct. 2, 1934.

BRICKEN, Presiding Judge.
Appeal dismissed.